UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Chantelle T. Davis        CASE # 14-11414
                    CHAPTER 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

  Now comes Lucy G. Sikes, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed chapter 13 plan by the above debtor(s) in that:

1) The Debtor filed federal tax returns for the tax year 2013 claiming "head of household" status on the tax return. The Debtor is not entitled to the claimed filing status unless she is unmarried or "considered unmarried" pursuant to the federal tax code. The Debtor communicated to the Trustee at the 341 Meeting of Creditors that she either has continuously resided with her husband during the last six (6) months of the 2013 calendar year or resided with her husband for at least some period of time during the last six (6) months of the 2013 calendar year.

  Accordingly, the Debtor filed the above referenced federal tax return with the incorrect filing status. There currently exists an unresolved pre-petition tax liability that is not addressed by Debtor's chapter 13 plan. The Debtor should amend her 2013 federal tax return, and if necessary her state tax return, to reflect the correct filing status. The Debtor should also amend her chapter 13 plan to pay in full all pre-petition priority taxes as required by 11 U.S.C. § 1325 (a)(2).

  WHEREFORE, Trustee submits that the plan confirmation be denied and debtor be required to provide documentation and amend the plan pursuant to the above stated objection.

Dated this August 22, 2014

                    LUCY G. SIKES
                    STANDING CHAPTER 13
                    TRUSTEE
                    */s/ Lucy G. Sikes*
                    Lucy G. Sikes, LA Bar Roll #22787
                    P.O. Box 1770
                    Shreveport, La 71166
                    (318) 673-8244

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection has this 22nd day of August, 2014 been served on the debtor(s) at the address listed below, by placing the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

Chantelle T. Davis  
3730 Fairfield Ave.  
#151  
Shreveport, LA 71104                        /s/ Lucy G. Sikes