UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:       CHANTELLE T. DAVIS            CASE # 14-11414
                                           CHAPTER 13

## SUPPLEMENTAL OBJECTION TO CONFIRMATION

Now comes Lucy G. Sikes, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s) in that:

1) Debtor's counsel is requesting a "no-look" fee of $2,800.00 and proposes monthly plan payments of $100.00. Pursuant to the September 13, 2013 Section 2(A) the fees should not exceed $1,000.00.

WHEREFORE, Trustee submits that the plan confirmation be denied and debtor be required to provide documentation and amend the plan pursuant to the above stated objection.

Dated this **August 26, 2014**.

LUCY G. SIKES
STANDING CHAPTER 13 TRUSTEE
*/s/Lucy G. Sikes*
Lucy G. Sikes LA Bar Roll #22787
P O Box 1770
Shreveport, LA  71166
Phone (318) 673-8244

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection has on **August 26, 2014** been served on the debtor(s) *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

**Chantelle Davis**
**3730 Fairfield Ave. #151**
**Shreveport, La 71104**

*/s/Lucy G. Sikes*