UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

***************************

| | | |
|---|---|---|
| IN RE: Chantelle T. Davis | : | Case No: 14-11414 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE TRUSTEE

NOW INTO COURT, comes Chantelle Davis, Debtor, appearing herein through undersigned counsel, to Respond to the Objection to Confirmation of the Chapter 13 Plan filed by the Trustee, as follows:

1.

The Trustee's Supplemental Objection *(Docket #15)* states the no-look fee should be $1,000.00. Debtor's Counsel disagrees.

2.

The plan is a $100.00 per month plan but the plan also contains a direct payment on a car for $189.00. The total of the plan payment and direct payment is $289.00. Therefore under the September 13, 2013 fee order the fees should be $2,800.00 (See Section 2(A)(ii)).

3.

The Trustee's Supplemental Objection *(Docket #15)* should be overruled.

WHEREFORE, DEBTOR PRAYS that the objection be overruled.

Date: August 29, 2014					SIMON, FITZGERALD, COOKE, REED & WELCH

						/s/ L. Laban Levy
					By:_____
						L. Laban Levy, LA Bar #28658
						4700 Line Ave., Ste. 200
						Shreveport, LA 71106
						Telephone:  (318) 868-2600
						ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

****************************

| | | |
|---|---|---|
| IN RE:  Chantelle T. Davis | : | Case No: 14-11414 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Response to the Objection to Confirmation of Chapter 13 Plan filed by the Trustee" has this day been mailed to each of the following, by first class mail, postage prepaid:

Lucy G. Sikes  
Chapter 13 Trustee  
POB 1770  
Shreveport, LA 71166

Chantelle T. Davis  
3730 Fairfield Ave.  
#151  
Shreveport, LA 71104

Shreveport, Louisiana this 29th day of August, 2014

/s/ Ashley Miller  
_____  
Ashley Miller,  
Legal Assistant to L. Laban Levy