# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION
***************************

| | | |
|---|---|---|
| IN RE: Chantelle T. Davis | : | Case No: 14-11414 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE TRUSTEE

NOW INTO COURT, comes Chantelle Davis, Debtor, appearing herein through undersigned counsel, to Respond to the Objection to Confirmation of the Chapter 13 Plan filed by the Trustee, as follows:

1.

The Trustee's Objection *(Docket #14)* states:

"The Debtor filed federal tax returns for the tax year 2013 claiming "head of household" status on the tax return. The Debtor is not entitled to the claimed filing status unless she is unmarried or "considered unmarried" pursuant to the federal tax code. The Debtor communicated to the Trustee at the 341 Meeting of Creditors that she either has continuously resided with her husband during the last six (6) months of the 2013 calendar year or resided with her husband for at least some period of time during the last six (6) months of the 2013 calendar year. Accordingly, the Debtor filed the above referenced federal tax return with the incorrect filing status. There currently exists an unresolved pre-petition tax liability that is not addressed by Debtor's chapter 13 plan. The Debtor should amend her 2013 federal tax return, and if necessary her state tax return, to reflect the correct filing status. The Debtor should also amend her chapter 13 plan to pay in full all pre-petition priority taxes as required by 11 U.S.C. §1325 (a)(2)."

2.

Debtor asserts that she misspoke at her 341 meeting of creditors and she separated from her husband in August 2012 and her 2013 Tax filing status is correct *(See attached Affidavits)*.

3.

The Trustee's Objection *(Docket #14)* should be overruled.

WHEREFORE, DEBTOR PRAYS that the objection be overruled.

Date: September 11, 2014        SIMON, FITZGERALD, COOKE, REED & WELCH

/s/ L. Laban Levy
By:_____
L. Laban Levy, LA Bar #28658
4700 Line Ave., Ste. 200
Shreveport, LA 71106
Telephone: (318) 868-2600
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
**************************

IN RE:  Chantelle T. Davis         :         Case No: 14-11414
                                   :
     Debtor(s)                     :         Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Response to the Objection to Confirmation of Chapter 13 Plan filed by the Trustee" has this day been mailed to each of the following, by first class mail, postage prepaid:

| | |
|---|---|
| Lucy G. Sikes | Chantelle T. Davis |
| Chapter 13 Trustee | 3730 Fairfield Ave. |
| POB 1770 | #151 |
| Shreveport, LA 71166 | Shreveport, LA 71104 |

Shreveport, Louisiana this 11th day of September, 2014

/s/ Ashley Miller
_____
Ashley Miller,
Legal Assistant to L. Laban Levy