**DONE and SIGNED October 20, 2014.**



/s/ Jeffrey P. Norman
_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE
_____

**United States Bankruptcy Court
Western District of Louisiana
Shreveport Division**

In Re: CHANTELLE T. DAVISBankruptcy Case Number:14-11414

**ORDER CONFIRMING CHAPTER 13 PLAN**

The Debtor(s) Plan was filed on *JULY 3, 2014* and was modified on *OCTOBER 16, 2014*. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments**:
Total Payment(s): *$330.75 TOTAL PAID IN FOR MONTHS 1-4* as of *OCTOBER, 2014*.
Amount of each Monthly Plan Payment: *$100.00* for the remaining *36* month(s).
Monthly Plan Payments shall be due on the *18TH* day of each month, beginning *JULY, 2014*.
Term of Plan Payments shall be: *40* months.
Moratorium granted for :

Special / Additional Provisions: : Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property , real property, Debtor's home, or any Debtor's oil, gas, mineral interest.

☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**

*Lucy G. Sikes ,*☒Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered
*Chapter 13 Trustee*to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing
*Post Office Box 221*8Trustee and mail same on or before each due date reflected above, until further Order of this Court.
*Memphis, TN 38101-2218*☐No Payroll Deduction is ordered.

3) **Attorney Fees:**

The Debtor(s) attorney is awarded a fee in the amount of *$2800.00*, of which *$2,800.00* is due and payable from the Bankruptcy Estate which is inclusive of the fee in the amount of $*0.00* for the modification listed above and per fee application.

☐ Attorney Fees capped at *$* , per Court authority.

###